DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMED RAHMAN,<br><br>Defendant. | Criminal No.  25-42<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing

materials to the Court in this case concerning the defendant Mohammed Rahman.

Date: May 16, 2025

ALINA HABBA
United States Attorney

By:    */s/ Jessica R. Ecker*
Jessica R. Ecker
Assistant U.S. Attorney