# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MOHAMMED RAHMAN** | Docket No. 25-CR-00042 (GC)<br><br>HON. GEORGETTE CASTNER |

Please be advised that on May 19, 2025, a sentencing memorandum and accompanying exhibits were submitted to the Court on behalf of Mohammed Rahman, as referenced in the above-captioned matter.

                                                **STAHL GASIOROWSKI, PC**
                                                Attorneys for Defendant
                                                Mohammed Rahman

                                                By:    */s Robert G. Stahl*
                                                                 Robert G. Stahl, Esq.

Dated: May 19, 2025