UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE GEORGETTE CASTNER
COURT REPORTER: KIMBERLY WILSON

DATE: MAY 29, 2025

**TITLE OF CASE:**
UNITED STATES OF AMERICA
v.
MOHAMMED RAHMAN,
    DEFENDANT PRESENT.

**CRIM. NO. 3:25-42 (GC)**

**APPEARANCES:**
Jessica Ecker, AUSA for Government
Robert Stahl, Esq. for Defendant
Daniel Carney, USPO

**NATURE OF PROCEEDINGS:** SENTENCING ON COUNT 1 OF THE INFORMATION
Imprisonment for a term of 27 months.
Supervised Release for a term of 2 years with special conditions.
Special Assessment in the amount of $100.
Fine is Waived.
Restitution in the amount of $1,393,200.
Defendant advised of his right to appeal. Defendant
released on conditions of bail as previously imposed.

Time Commenced:     10:08 a.m.
Time Adjourned:     10:42 a.m.
Total Time:         34 minutes

                      s/ *Jamie Quinn*
                      **DEPUTY CLERK**